The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAUNCE TURNER,

    Plaintiff,

v.

EMW, Inc.,

    Defendant.

Case No. 2:20-cv-01756-BJR

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**

The Parties, Plaintiff Launce Turner and Defendant EMW, Inc. stipulate and request that the Court dismiss the above-entitled action in its entirety with prejudice and without costs or attorneys' fees to either Party.

//

//

//

//

---

**STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
2:20-CV-01756-BJR

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300

STIPULATED this 16th day of November 2021.

/s/ Jonathan D. Perrone
Thomas G. Jarrard, WSBA #39774
Law Office of Thomas G. Jarrard, PLLC
1020 North Washington Street
Spokane, WA 99201
Tel: 425-239-7290
Email: tjarrard@att.net

Jonathan D. Perrone, Esq., *pro hac vice*
Timothy J. Turner, Esq., *pro hac vice*
WHITCOMB, SELINSKY, P.C.
2000 South Colorado Boulevard
Tower 1, Suite #9500
Denver, CO 80222
Tel: 303-534-1958
Email: jon@wsmlawpc.com
Email: tim@wsmlawpc.com

*Attorneys for Plaintiff*
Launce Turner

/s/ Alyesha A. Dotson
Alyesha A. Dotson, WSBA #55122
adotson@littler.com
Goldie A. Davidoff, WSBA #53387
gdavidoff@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone:      206.623.3300
Fax:           206.447.6965

*Attorneys for Defendant*
EMW, Inc.

## ORDER

THIS MATTER, having come before the undersigned Judge of the above-entitled Court, based on the foregoing Stipulated Motion, now, therefore, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice, and without costs or fees to either Party.

DATED this 2nd day of December, 2021.

Barbara Jacobs Rothstein
U.S. District Court Judge

**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE**
2:20-CV-01756-BJR - 2

LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
206.623.3300